## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bryce Montoya, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the FBI since May 2018. I am currently assigned to the FBI Boston Child Exploitation and Human Trafficking Task Force, where I investigate Violent Crimes Against Children ("VCAC"). While employed by the FBI, I have investigated federal criminal violations related to, among other things, the online sexual exploitation of children. As a Special Agent with the FBI, I have conducted numerous investigations into the production, attempted production, distribution, receipt, and possession of child pornography, to include executing federal search warrants and criminal complaints. Additionally, prior to my assignment on the Child Exploitation and Human Trafficking Task Force, I was assigned to the Boston Division Lakeville Resident Agency, where I investigated VCAC and Human Trafficking violations, and participated in fraud, narcotics, and white-collar investigations. During my training at the FBI Academy in Quantico, Virginia, I received training on a variety of criminal investigative matters relating to conducting these types of investigations.

2. I make this affidavit in support of a criminal complaint and arrest warrant charging Bradford Ferrick ("Ferrick"), YOB 1991, of Winchester and Amherst, Massachusetts, with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3. The statements in this Affidavit are based on my own involvement in the investigation; information provided by other FBI Special Agents, analysts, and other law enforcement officers; information obtained from other individuals; my review of records; and my training and background as a Special Agent with the FBI. Where statements of others are set forth

in this affidavit, they are set forth in sum and substance and are not intended to be a verbatim record of those statements. This affidavit is intended to show merely that there is probable cause to secure a criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

### **Background**

4.  In January 2023, Detective Lauren Valdario of the Winchester Police Department ("Winchester PD") reviewed three separate CyberTips[1] related to a Google Drive account uploading suspected child pornography. The National Center for Missing and Exploited Children ("NCMEC") received these Cybertips in March 2022 and sent them to the Massachusetts State Police (MSP). MSP then sent the CyberTips to the Winchester PD in July 2022.

5.  The three CyberTips related to a Google Drive account associated with the email addresses thomaslewis8993@gmail.com and tdl8993@yahoo.com, the name "Tom L" and the date of birth "01-01-1990." The CyberTips also included information related to the user's IP address information. This included IP address information recorded at the specific date and time the subject uploaded the files of suspected child pornography to the Google Drive account. Information in the CyberTips each included the IP address being used when the suspected child

---

[1] The National Center for Missing and Exploited Children (NCMEC) oversees the CyberTipline, the national online clearinghouse for tips and leads about child sexual exploitation. The CyberTipline is the method through which electronic service providers (ESPs) must report, among other things, the use of their services to violate laws related to child pornography. Those reports must include information related to the identity of the individual who appears to have committed the violations, information related to the geographic location of the individual, information regarding the transmission and discovery of the reported content, and copies of apparent child pornography related to the reported incident. Using publicly available search tools, NCMEC then attempts to locate where the activity occurred based on the information the ESP provides, such as IP addresses.[1] NCMEC then packages the information from the ESP along with any additional information it has, such as previous related CyberTipline reports, and sends it to law enforcement in the jurisdiction where the activity is thought to have occurred.

pornography files were uploaded. Specifically, two of the CyberTips showed that the user of the Google Drive account uploaded a file containing suspected child pornography on November 16, 2021 between approximately 5:06AM UTC and 5:07AM UTC. The third Cybertip showed that this Google Drive account uploaded 10 files containing suspected child pornography on March 27, 2022 between approximately 10:17PM UTC and 10:23PM UTC. According to the Cybertips, each of these uploads were completed using an IP address that could be geo-located to the Syracuse, New York area.[2]

6.  In addition to the IP address used to upload the suspected child pornography, the Cybertips included IP addresses used to login to the thomaslewis8993@gmail.com Google Drive account, including the IP address 2601:19c:4f80:6080:112b:b062:9b30:4242. NCMEC records showed a login to that IP address on February 21, 2022.

7.  Members of the MSP Cyber Crime Unit issued an administrative subpoena to Comcast for the IP address 2601:19c:4f80:6080:112b:b062:9b30:4242. Comcast responded with information showing the IP address was associated with an account in Ferrick's father's name at a Winchester, Massachusetts residence where law enforcement has since confirmed that Ferrick lives with his father and mother.

### Search of Ferrick's Winchester, MA Residence

8.  Based on the CyberTips and information obtained from Comcast, Winchester PD obtained a warrant issued by the Woburn District Court to search Ferrick's Winchester, MA

---

[2] Through open-source research on Ferrick's background, investigators determined that Ferrick lived in the Syracuse, New York area between approximately 2018 and 2022 while he attended State University of New York (SUNY) Upstate Medical University. Ferrick graduated from SUNY Upstate Medical University in or around May 2022. I have reviewed records that show that Ferrick began a medical residency focused on Family Medicine with Baystate Franklin Family Medicine, including rotations at facilities in at least Greenfield, Deerfield, and Springfield, Massachusetts.

residence for evidence of violations of M.G.L. Ch. 272, §§ 29B and 29C (dissemination and possession of child pornography). On February 13, 2023, members of the Winchester PD and members of the MSP Cyber Crime Unit executed the search warrant. Ferrick and his parents were all at the residence. All three members of the Ferrick family declined to speak with investigators after they had been read their *Miranda* warnings.

9.  Members of the MSP and Winchester PD seized 61 devices (totaling over 100 terabytes of storage) from the residence. These devices include external hard drives, computers, cell phones, hidden camera systems, and SD cards. Investigators located many of the external hard drives on a dining room table near an Apple computer which had the display name "Bradford Ferrick" on the lock screen.

10. Investigators conducted a preliminary examination of some of the devices located within the residence on scene and found thousands of images and videos which they believed, based on their training and experience, were child pornography. Investigators also found documents associated with Ferrick on some of the devices containing the child pornography material. As a result, Ferrick was placed under arrest by members of the Winchester PD and charged with four counts of violating M.G.L. Ch. 272, § 29C (Possession of Child Pornography).[3] Ferrick was arraigned on these charges on February 14, 2023, and the district court imposed a $50,000 cash bail and various conditions of release, including 24-hour home confinement monitored by GPS. Ferrick was released from custody on February 15, 2023 on those conditions. *See* Woburn District Court Docket 2353CR0230.

---

[3] As Ferrick was being placed under arrest, his father told investigators that the devices seized belonged to him.

**Second Search of Ferrick's Winchester, MA Residence**

11.     On February 17, 2023, Detective Valdario attempted to review an iPhone seized from the Winchester Residence. Investigators could not place this iPhone into "airplane mode" when it was seized due to device encryption.[4] Detective Valdario observed the following message on the lock screen: "iPhone locked to owner. The location of the iPhone can be seen by its owner 'b….@gmail.com'." Ferrick's known iCloud email address is bradford.ferrick@gmail.com. I believe, based on my training and experience, that Ferrick was able to use another computer device to remotely lock his iPhone between the time it was seized from his residence and when Detective Valdario attempted to review it, and potentially erase evidence on the device.

12.     Based in part on this information, on February 17, 2023, Detective Valdario obtained a second state search warrant for Ferrick's Winchester, MA residence. Investigators seized eleven additional devices, including an iPhone 7. MSP was able to unlock that iPhone and obtain the password for it utilizing forensic software available to law enforcement. The password for the device was 919191.[5]

**Review of Seized Devices**

13.     While review of the large volume of data seized from Ferrick's Winchester residence is ongoing, investigators have begun preliminary review of some of the devices. The MSP Cyber Crime Unit was able to utilize the recovered password from the iPhone 7 seized on February 17, 2023 to unlock an iPhone 14 with serial number FFWXF43KKPHK that was seized

---

[4] The preferred practice by law enforcement is to place a device which has been seized into "airplane mode" before removing it from the scene or otherwise examining it. This disables cellular data usage on that device, and prevents an individual from remotely accessing the device. Ferrick's device required a passcode to allow investigators to place the device into "airplane mode." Investigators did not have the passcode to the device, and the device remained connected to the cellular network.

[5] I note that Ferrick was born in 1991.

5

from the residence on February 13, 2023.

14. Within the iPhone 14's Apple ID information, "Bradford Ferrick" is listed as the device user, along with the email address "bradford.ferrick@gmail.com" and a picture that appears to be Ferrick's face. Sergeant Sean Quirk, who is assigned to the MSP Cyber Crime Unit, located the "notes" application within the device. Within the "notes" application, Sgt. Quirk located multiple "notes" containing a variation of the password, "Mutsy2878".

15. Sgt. Quirk then attempted to preview a Western Digital external hard drive with serial number 9MH9L9RK,[6] which was encrypted. Investigators found this hard drive on the dining room table of the Winchester Residence during the February 13, 2023 search. When Sgt. Quirk was prompted to enter a password for the hard drive, a message beneath the password prompt stated "Hint: My usual pw, capital and just one special at." Sgt. Quirk tried the password "Mutsy2878!", which unlocked the hard drive.

16. I have reviewed a small number of the devices seized during this investigation, including the Western Digital hard drive described above. Within this hard drive, I observed multiple subfile folders within a folder titled "private-dir." The names of these subfile folders include "OnlyFans", "telegram 7-11-22", "TELEGRAM___", "tele no-no 8-18-22", and "Hot torrents."[7] Below are descriptions of three files located within folders on the Western Digital hard

---

[6] The device bears the inscription "product of Thailand."

[7] Through my training and experience investigating child exploitation offenses, I have become familiar with various websites, communication applications, and other means subjects use to traffic child pornography. I am aware that "OnlyFans" is an online content-sharing platform that is frequently used to upload and share various types of content (for a fee), including pornography. Telegram is an end-to-end encrypted communications application that I have specifically encountered in child pornography investigations. Torrents are types of files utilized and shared in certain types of peer-to-peer file sharing protocols, such as BitTorrent, which I know is frequently used to traffic child pornography.

drive that I believe constitute child pornography:[8]

    a.    A video titled "[MB]Canuck PrivVid3_2-8yo sleeping_cum.mp4" which was located within the "tele no-no 8-18-22" subfile folder. This video file is approximately 6 minutes and 36 seconds long. In this video, a prepubescent male child, who based upon facial features, body size, and lack of body development appears to be approximately 6-10 years old, can be seen laying on his stomach, fully nude, on a bed. The child appears to be unconscious. An unknown adult male can be observed placing his penis into the child's anus. The adult male then places his penis into the unconscious child's mouth, and ejaculates into the child's mouth.

    b.    A video titled "[MB]Canuck PrivVid4_5(10-07).mp4" which was located within the "tele no-no 8-18-22" subfile folder. This video file is approximately 4 minutes and 45 seconds long. This video appears to be of the same child described

---

[8] I am aware that the "preferred practice" in the First Circuit is that a magistrate judge view images that agents believe constitute child pornography by virtue of their lascivious exhibition of a child's genitals. *United States v. Brunette*, 256 F.3d 14, 17-19 (1st Cir. 2001) (affiant's "legal conclusion parroting the statutory definition […] absent any descriptive support and without an independent review of the images" insufficient basis for determination of probable cause). Here, however, the descriptions offered "convey to the magistrate more than [my] mere opinion that the images constitute child pornography." *United States v. Burdulis*, 753 F.3d 255, 261 (1st Cir. 2014) (distinguishing Brunette). The children described herein appear to range in age from approximately 6-11 years old; in all events, younger than eighteen. Furthermore, the descriptions of the files here are sufficiently specific as to the age and appearance of the alleged children as well as the nature of the sexual conduct pictured in each file, such that the Court need not view the files to find that they depict child pornography. *See United States v. Syphers*, 426 F.3d 461, 467 (1st Cir. 2005) ("The best practice for an applicant seeking a warrant based on images of alleged child pornography is for an applicant to append the images or provide a sufficiently specific description of the images to enable the magistrate judge to determine independently whether they probably depict real children.") (emphasis added); *see also United States v. LaFortune*, 520 F.3d 50, 56 (1st Cir. 2008) (similarly emphasizing Syphers court's use of "or" in describing the Brunette "best practice"). Where I have included such nonconclusory, sufficiently specific descriptions, this Court need not view the imagery to find that it depicts child pornography. Nonetheless, the described imagery is available for review at the Court's request.

above in subparagraph a. The child appears to be 6-10 years old based upon body size, lack of body hair and lack of development. The child's face is only partially visible in the video, and he is laying on his stomach, with the camera facing his buttocks. The child appears to be unconscious. An adult male inserts a purple sex toy into the boy's anus and can then be seen inserting his penis into the child's anus. The adult male then ejaculates onto the child's buttocks and leg.

c. A video titled (((pthc))) ((((boylove))))_d_suck_boy sucking man cock (1).wmv"[9] which was located within the "other" subfile folder. This video file is approximately 1 minute and 46 seconds long. In this video a prepubescent male child who, based on facial features, body size, and development appears to be approximately 8-11 years old, places his mouth on an adult male's penis and performs oral sex. The child also manipulates the adult male's penis with his hand. The child is nude throughout the video.

17. On the same Western Digital external hard drive, I saw a subfile folder titled "02 Recalls_Step2_Group." Within this subfile folder, I saw numerous documents which appear to contain study guides related to medical school tests. In this same subfile folder, I found a Microsoft Word document titled "happy new year.docx". Within the "properties" of this file, the "Last saved by" user is listed as "Bradford D. Ferrick." Based on the above information, I believe Ferrick possessed the child pornography located on the Western Digital external hard drive.[10]

---

[9] From my training and experience I know PTHC to stand for "pre-teen hardcore."

[10] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Hidden Camera Devices**

18.     On February 14, 2023, Detective Valdario met with family members of Ferrick who live in a different home.[11] Detective Valdario advised them of the charges against Ferrick, and advised them that investigators located boxes at Ferrick's Winchester residence that appear to have contained hidden camera systems. Ferrick's family members, who have two children, ages two and three, consented to a search of their home utilizing technical equipment and an electronics detection K9. Within a bathroom, the K9 located a hidden camera designed to look like a wall outlet. The box for this device was located during the February 13, 2023 search of the Ferrick residence. Review of that recording device is ongoing.

19.     Investigators determined that the wall outlet camera located by the K9, as well as at least one other hidden camera investigators located in the Winchester residence, were sold by a company called "Mini Gadgets, Inc." Winchester PD obtained records from Mini Gadgets, Inc. related to numerous hidden camera devices purchased by Ferrick, including hidden camera devices investigators had not yet located.

20.     On February 21, 2023, based on the above information, Detective Valdario obtained a state search warrant for a separate residence Ferrick was renting in Amherst, Massachusetts to search for evidence of violations of M.G.L. Ch. 272 §§ 29C and 105 (possession of child pornography and photographing an unsuspecting nude person). During the execution of that search warrant, eight additional items of evidence were seized, including multiple hidden camera devices and USB storage devices. One of the hidden camera devices appears to have been

---

[11] Their identities are known to the government but are redacted herein in the interest of their privacy.

designed to be worn as a bracelet.  I have reviewed a portion of the footage from a MicroSD card located within the device.

21.     On this MicroSD card, I found videos of Ferrick administering medical exams with another doctor.  On two such videos, both apparently from the same date in August 2022, I heard the voices of, and could at times partially see, boys who appeared to be patients.  In one video a boy says that he is "14 years old" and in another video a boy states that he is "going into 9th grade." It does not appear the individuals in the room are aware they are being recorded during either exam.  During the first video mentioned, it appears the mother of the patient is present.  During that video, the boy and his mother are discussing the boy's foreskin and his penis.  The boy's penis cannot be seen in the video; however, Ferrick can be heard discussing the boy's foreskin and appears to be looking at the boy's penis.

22.     A complete review of the devices seized throughout the investigation is ongoing.

(this section intentionally left blank)

## CONCLUSION

23.    Based upon the foregoing, I respectfully submit that there is probable cause to believe that on or about February 13, 2023, Bradford FERRICK knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Sworn to under the pains and penalties of perjury,

_____
Special Agent Bryce Montoya
Federal Bureau of Investigation

Sworn before me by telephone in accordance with Fed. R. Crim. P. 4.1 this 13th day of March, 2023.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE