UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADFORD FERRICK, | M.J./Court No. 23-mj-7136-JCB<br><br>UNDER SEAL |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the complaint and arrest warrant application and all related orders and paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case. The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Michael Mazur
MICHAEL MAZUR
Assistant U.S. Attorney

Dated: March 13, 2023

Motion to Seal Allowed
Mar 13, 2023

