UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADFORD FERRICK | M.J./Court No. 23-mj-7136-JCB<br><br>UNDER SEAL |

## MOTION TO UNSEAL AND FILE REDACTED VERSION OF COMPLAINT AFFIDAVIT

The United States of America hereby moves this Court to order that the complaint and a **redacted** version of the supporting affidavit, docketed as 20-mj-7136-JCB, be unsealed. In support of this motion, the government states that the defendant was arrested on March 14, 2023, and that there is no further reason to keep the existence of the complaint secret. The government has attached a redacted version of the complaint affidavit for public filing, with redactions implemented to protect the widespread disclosure of information of a sensitive nature involving a third party. The government requests that it be allowed to provide an unredacted copy of the complaint to counsel for the defendant.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Catherine G. Curley
CATHERINE G. CURLEY
MICHAEL MAZUR
Assistant U.S. Attorneys

Dated: March 14, 2023